■ DANIEL TEPPER, Respondent, v PERICLES CONSTANTINOU, Appellant.— Judgment, Supreme Court, New York County, entered February 22, 1979, in favor of plaintiff for $29,794, is unanimously reversed, on the law, and order, Supreme Court, New York County, entered January 9, 1979, granting plaintiff's motion for summary judgment against defendant in the sum of $22,000, with interest and costs, is vacated and the motion denied, with costs on appeal to defendant-appellant. Defendant's separate appeal from the order entered January 9, 1979, is dismissed, without costs, as subsumed in and reviewed on the appeal from the judgment. There is an issue of fact at least as to whether there has been partial or total payment of the debt by delivery of stock by defendant to plaintiff after the filing of the petition in bankruptcy. Concur—Birns, J. P., Fein, Lane, Markewich and Silverman, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HOMER BRYANT, Appellant.—Application by assigned counsel to be relieved as counsel for appellant granted only to the extent of assigning alternate counsel to expeditiously prosecute this appeal by whatever means deemed appropriate. Such is the relief requested by defendant in his separate motion dated September 19, 1979. The *pro se* motion papers submitted by defendant allude to nonfrivolous appellate issues. This, together with present counsel's failure to adequately comply with the "guidelines" provided in *People v Saunders* (52 AD2d 833) *(People v Carroll,* 72 AD2d 710), would appear to render counsel ineligible for compensation for his efforts in this matter *(People v Perry,* 73 AD2d 545). In view of the foregoing defendant's motion is also granted to the extent indicated. Concur—Fein, J. P., Sandler, Sullivan, Bloom and Lupiano, JJ.